ACCEPTED
03-15-00008-CV
6181095
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 3:25:27 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00008-CV

| | | |
|---|---|---|
| PAUL D. SIMMONS,<br>    Appellant | ) | COURT OF APPEALS, THIRD |
| | ) | |
| | ) | |
| VS. | ) | SUPREME JUDICIAL DISTRICT |
| | ) | |
| TERESA A. SIMMONS,<br>    Appellee | ) | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 3:25:27 PM
JEFFREY R. KYLE
Clerk

## APPELLEE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellee, by and through her attorney of record, and respectfully files this Motion for Extension of Time to File Brief and requests this extension of time to file her appellate brief in this cause herein, and for cause would show the Court the following:

I.

The deadline for filing the Appellee's Brief is August 19, 2015. Because of counsel's current trial and mediation schedule in August 2015, the undersigned counsel would respectfully request that the Court extend the deadline for filing the Appellee's brief until October 19, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully prays the Court grant this motion and allow an extension of time to October 19, 2015 to file

the Appellee's brief.

Respectfully submitted,

_____

KIRK HAWKINS
P.O. BOX 3645
SAN ANGELO, TEXAS 76902
325/658-5585
STATE BAR NO. 09250400
E-Mail: kirkhawkinslaw@gmail.com

## CERTIFICATE OF CONFERENCE

I hereby certify that I communicated via email with a representative for the law office of Mr. Melvin Gray, attorney for Appellant, on July 22, 2015, who indicated that Mr. Gray has no objection to this Motion for Extension of Time to File Brief.

_____
Kirk Hawkins

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered this _22_ day of July, 2015, to the following:

Mr. Melvin Gray
Attorney at Law
206 West College
San Angelo, Texas 76903

_____
Kirk Hawkins